LAURETTA J. MESSIER, PLAINTIFF-RESPONDENT, v. CITY OF CLIFTON, DEFENDANT-PETITIONER.

See same case below: 24 *N. J. Super.* 133.

*Messrs. Stevenson, Willette & McDermitt* for the petitioner.

April 27, 1953. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM C. ELLIOTT, DEFENDANT-PETITIONER.

See same case below: 23 *N. J. Super.* 311.

*Mr. Francis M. Reps* for the petitioner.

*Mr. J. Victor Carton* and *Mr. George A. Gray* for the respondent.

April 27, 1953. Denied.